**E-FILED**
Monday, 24 September, 2007  02:28:29 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| GREAT WEST CASUALTY, Co., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-1398 |
| v. ) | |
| ) | |
| DEKEYSER EXPRESS, Inc., et. ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

**O P I N I O N   A N D   O R D E R**

Before the Court is a lawsuit involving insurance coverage. The dispute concerns coverage over any loss sustained in an underlying lawsuit which is also before this Court. Specifically, the parties disagree over who should provide insurance coverage for any loss sustained in <u>Camp v. TNT Logistics Corp.</u>, 04-1358 (C.D. Ill. 2004). This Court has now entered Summary Judgment in the underlying dispute against the plaintiff in that case. As a result, the parties no longer face any loss in the underlying dispute.

This Court thus believes that there is no longer a case or controversy between the parties in the case at bar. As a result, all pending Motions before the Court are MOOT. Upon a final resolution of the underlying case, this Court anticipates that the parties will submit motions to voluntarily dismiss their claims.

IT IS THEREFORE ORDERED that all pending Motions [Docs. 134, 139, 150, 154, 155 & 156] currently before the Court are MOOT.

ENTERED this  24th  day of September, 2007.

                                            s/Joe Billy McDade
                                            Joe Billy McDade
                                  United States District Judge